UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14003-CR-ROSENBERG/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RASHAD T. MUHAMMAD,

    Defendant.

_____/

REPORT AND RECOMMENDATION ON
DEFENDANT'S ADMISSIONS TO VIOLATION NUMBERS 2, 4, 6, AND 7

**THIS CAUSE** came before me on August 15, 2022. Having conducted a hearing, I recommend as follows:

    1.    A Petition for Warrant for Offender Under Supervision (the "Petition") was filed in this case on June 15, 202. DE 45. The Defendant appeared before me for a hearing on August 15, 2022.

    2.    At the hearing, the Defendant admitted Violation Numbers 2, 4, 6, and 7. The Government agreed to recommend dismissal of Violation Numbers 1, 3, and 5 after sentencing.

    3.    Violation Numbers 2, 4, 6, and 7 allege:

| | |
|---|---|
| **Violation Number 2** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about June 10, 2022, in Saint Lucie County, Florida, the defendant committed the offense of possession of a firearm and ammunition by a convicted felon, contrary to Florida Statute 790.23(1)(a) and (c). |
| **Violation Number 4** | **Violation of Mandatory Condition**, by possessing a firearm and ammunition. On or about June 10, 2022, the defendant possessed a black, Taurus firearm, Serial Number |

|                      |                                                                                                                                                                                                                                                                                                                                                                                                                                         |
|----------------------|---|
|                      | TMR88907, with a fully loaded magazine, as evidenced by his arrest by the Saint Lucie County Sheriff's Office. |
| **Violation Number 6** | **Violation of Standard Condition**, by associating with a person who is a convicted felon without permission of the U.S. Probation Officer. On or about June 10, 2022, the defendant knowingly associated with Zegery Reeves [REDACTED PII], who was convicted in Saint Lucie County Circuit Court, on December 15, 2014, Docket Number 13CF2619, of possession of a firearm and ammunition by a convicted felon; and sentenced to 17 months imprisonment with the Department of Corrections. |
| **Violation Number 7** | **Violation of Standard Condition**, by associating with documented gang members. On or about June 10, 2022, the defendant knowingly associated with Zegery Reeves [REDACTED PII] who is a documented Blood gang member. |

4.  The possible maximum penalties faced by the Defendant were read into the record by the Government. The Defendant stated that he understood those penalties.

5.  I questioned the Defendant on the record and made certain that he understood his right to an evidentiary hearing. The Defendant acknowledged that he understood his rights in that regard and further understood that if his admissions to Violation Numbers 2, 4, 6, and 7 are accepted, all that will remain regarding those violations will be for the District Court to conduct a sentencing hearing for final disposition of this matter.

6.  The Government proffered a factual basis for the Defendant's admissions to Violation Numbers 2, 4, 6, and 7. The Defendant agreed that the facts proffered by the Government are true and the Government could prove those facts if a hearing were held in this matter. Having heard the factual proffer and testimony, I find that the proffered facts establish a sufficient factual basis to support the Defendant's admissions to Violation Numbers 2, 4, 6, and 7.

**ACCORDINGLY**, based upon the Defendant's admissions under oath, I recommend to the District Court that the Defendant be found to have violated the terms and conditions of his

supervised release as set forth in Violation Numbers 2, 4, 6, and 7, and that a sentencing hearing be set for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Robin L. Rosenberg, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 22nd day of August, 2022.

_____
SHANIEK MILLS MAYNARD
U.S. MAGISTRATE JUDGE